IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HAROLD JACKSON                                                                   PLAINTIFF
ADC #116602

V.                              CASE NO. 3:19-cv-00375 JM

ST. BERNARDS MEDICAL CENTER                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE